■ NATALIE G. MOND et al., Appellants, v. GRUBER BROS., INC., et al., Respondents.— In an action by an infant to recover damages for personal injuries and by her father for medical expenses and loss of services, the jury rendered a verdict in favor of the infant for $14,500 and in favor of the father for $1,100. The court set aside the verdict in favor of the infant and granted a new trial unless within five days the infant stipulate to reduce the verdict in her favor to $10,000. She failed to so stipulate. The appeal is from the order entered thereon. Order unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ ESTHER SILVER et al., Respondents, v. HERBERT B. BLEIER, Appellant, et al., Defendant.— In an action to recover damages for personal injuries and for medical expenses and loss of services the appeal is from an order setting aside a verdict and granting a new trial. Order unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ ARCHIBALD STONE, Respondent, v. MARIAN E. STEWART, Appellant.— In an action for specific performance of a contract to sell real property the appeal is from an order denying a motion for summary judgment dismissing the complaint. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

■ JACK YARMOVE, Appellant, v. SINCLAIR ROBINSON et al., Respondents. — In an action by a real estate broker to recover commissions alleged to have been earned when he produced a purchaser for certain real property, fixtures and equipment, and for other relief, the appeal is from so much of an order which, on reargument, granted permission to serve a further amended answer. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy, and Kleinfeld, JJ., concur.